# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| BILLIE MONROE, | ) | |
| Plaintiff(s) | ) | |
| | ) | |
| v. | ) | Case No. CIV-17-247-JHP |
| | ) | Date:  9/12/2017 |
| HARTFORD UNDERWRITERS INSURANCE COMPANY, | ) ) | Time:  10:55 a.m. - 11:05 a.m. |
| Defendant(s). | ) | |

### MINUTE SHEET - STATUS AND SCHEDULING CONFERENCE

JAMES H. PAYNE, Judge    G. Seward, Law Clerk
C. Trzcinski, Deputy Clerk

**Counsel for Plaintiff:**  W. Cullen McMahon
**Counsel for Defendant:**  Jodi W. Dishman

**Minutes:**  Theories of the case discussed.  Scheduling Order entered into and follows these minutes.