# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| BILLIE MONROE, | ) | |
| Plaintiff(s) | ) | |
| | ) | |
| v. | ) | Case No. CIV-17-247-JHP |
| | ) | |
| HARTFORD UNDERWRITERS INS. CO., | ) | |
| Defendant(s). | ) | |

## SCHEDULING ORDER

**A. PRETRIAL SCHEDULES:**

1. _____ Have all non-governmental parties filed the disclosure statement mandated by Fed.R.Civ.P.7.1? \_\_X\_\_Yes _____No; If the answer to the question is no, all non-governmental parties must file their Rule 7.1(a) statement.

2. 10-24-2017   JOINDER OF ADDITIONAL PARTIES AND/OR AMENDMENT TO PLEADINGS.

3. 3-7-2018   EXCHANGE AND FILE WITNESS AND EXHIBIT LISTS.

4. 4-6-2018   DISCOVERY CUTOFF.

5. 1-29-2018   ALL DISPOSITIVE MOTIONS. Parties shall provide the Court a courtesy copy of all summary judgment motions, responses to said motions, and replies.

6. 4-23-2018   MOTIONS IN LIMINE AND DAUBERT ISSUES FILED.

7. 4-27-2018   WRITTEN SETTLEMENT REPORT by Plaintiff.

8. 4-26-2018   EXCHANGE ALL EXHIBITS TO BE LISTED IN PRETRIAL ORDER.

9. 4-26-2018   EXCHANGE OF DEMONSTRATIVE EXHIBITS/AIDS.

10. 4-26-2018   PARTIES TO EXCHANGE REQUESTED JURY INSTRUCTIONS.

11. 4-26-2018   PARTIES TO EXCHANGE DEPOSITION/VIDEOTAPE DESIGNATIONS. (See Local Civil Rule 30.1(c), available on the Court's website in the Rules section at http://www.oked.uscourts.gov)

12. 5-3-2018   PARTIES TO EXCHANGE COUNTER-DESIGNATIONS. (See Local Civil Rule 30.1(c), available on the Court's website in the Rules section at http://www.oked.uscourts.gov )

13. 5-3-2018   AGREED PRETRIAL ORDER DUE. Parties shall provide the Court a courtesy copy of the Pretrial Order (Judge Payne's form is available on the Court's website in the forms section at http://www.oked.uscourts.gov )

14. 5-3-2018   AGREED JURY INSTRUCTIONS, Disputed Jury Instructions issues to be addressed in Trial Briefs. Proposed FF/CL [Non-Jury], and TRIAL BRIEFS due.

15. 5-10-2018   PARTIES TO FILE OBJECTIONS TO DESIGNATIONS AND COUNTER-DESIGNATIONS. Entire deposition and/or video must be submitted with objections. (See Local Civil Rule 30.1(c), available on the Court's website in the Rules section at http://www.oked.uscourts.gov )

16. **5-10-2018   PRETRIAL CONFERENCE at 3:00 p.m.**

**B. SETTLEMENT:**   In all cases scheduled for Jury or Non-Jury Trial a mandatory Settlement Conference will be conducted at least six weeks prior to the Pretrial Conference before a District Judge, Magistrate Judge or Adjunct Settlement Judge. Suggested time frame:  **First two weeks of February, 2018**.

**C. TRIAL:**

| | | | |
|---|---|---|---|
| **17.** | 6-5-2018 | **TRIAL DATE: [X] JURY at 9:00 a.m.** | **[ ] NON-JURY at 9:00 a.m.** |
| 18. | 3 days | ESTIMATED TRIAL TIME. | |
| 19. | _____ | Do all parties consent to a Magistrate Judge conducting Jury Selection? | |

IT IS ORDERED that no date set by this Order can be changed except for good cause and upon written Order of this Court prior to the date scheduled.

IT IS ORDERED that the parties comply with the disclosure requirement and attend deadlines established by Federal Rule Civil Procedure 26, unless otherwise modified by this order.

This Order is entered this 12th day of September, 2017.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma