UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BILLIE MONROE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 6:17-cv-00247-JHP |
| ) | |
| HARTFORD UNDERWRITERS ) | |
| INSURANCE COMPANY ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by and through their respective counsel of record, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismissal with prejudice of the above-captioned action. The parties shall bear their own costs and attorneys' fees.

Respectfully submitted,


*/s W. Cullen McMahon*
W. Cullen McMahon, PLLC
Three Forest Plaza
12221 Merit Drive, Suite 945
Dallas, Texas 75251
cullen@mcmahonlawfirm.com

***ATTORNEYS FOR PLAINTIFF***


*/s William S. Leach*
WILLIAM S. LEACH, OBA # 14892
ANNA IMOSE, OBA # 32021
MCAFEE & TAFT
A PROFESSIONAL CORPORATION

Two West 2nd Street, Suite 1100
William Tower II
Tulsa, OK 74103
Telephone:	(918) 587-0000
Facsimile:	(918) 599-9317
bill.leach@mcafeetaft.com
anna.imose@mcafeetaft.com

JODI W. DISHMAN, OBA #20677
MCAFEE & TAFT
A PROFESSIONAL CORPORATION
211 North Robinson, 10th Floor
Oklahoma City, OK 73102
Telephone:	(405) 235-9621
Facsimile:	(405) 235-0439
jodi.dishman@mcafeetaft.com

***ATTORNEYS FOR DEFENDANT***